clearly erroneous. *White v. State*, 939 S.W.2d 887, 904 (Mo. banc 1997). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

court's judgment is based on findings of facts and conclusions of law that are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only, which sets forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**Hugh WEST, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. ED 82071.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 14, 2003.

**Ernest CRIDER, Movant,**

v.

**STATE of Missouri, Respondent.**

No. ED 82055.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 14, 2003.

Scott Thompson, St. Louis, MO, for appellant.

John Munson Morris, III, Assistant Attorney General, Charnette D. Douglass, Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

S. Kristina Starke, Assistant Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Charnette D. Douglas, Assistant Attorney General, Jefferson City, MO, for Respondent.

*ORDER*

PER CURIAM.

Movant, Hugh West, appeals from the judgment denying, without an evidentiary hearing, his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude that the motion

Before GLENN A. NORTON, P.J. and KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.